No. 02–9397. NELSON *v.* DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–9401. THOMPSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9425. GREGORY *v.* SPANNAGEL ET UX. Sup. Ct. Mont. Certiorari denied.

No. 02–9426. GLOVER *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 02–9427. HADDAD *v.* MICHIGAN DEPARTMENT OF CIVIL RIGHTS. Ct. App. Mich. Certiorari denied.

No. 02–9442. FIELDS *v.* BURNETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9464. DUNCAN *v.* WOOD ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–9484. BARRY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9489. RICHARDS *v.* HORBALY, CLERK, UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT. C. A. D. C. Cir. Certiorari denied.

No. 02–9503. GOZY *v.* CAREY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9511. HASTINGS *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9545. DIXON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9553. MACKEY *v.* HATT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–9555. COLEMAN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 02–9574. TURNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.